UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CIVIL CASE NO. 09-20612-CIV-GOLD

| | |
|---|---|
| CONSEJO DE DEFENSA DEL ESTADO DE LA REPÚBLICA DE CHILE, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| THE PNC FINANCIAL SERVICES GROUP, INC., | )<br>)<br>) |
| Defendant. | )<br>) |
| _____ | ) |

**<u>NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR EXTENSION OF TIME IN WHICH TO SUBSTITUTE COUNSEL</u>**

Squire, Sanders, & Dempsey, L.L.P. hereby gives notice of its withdrawal as counsel for Plaintiff, Consejo de Defensa del Estado de la República de Chile, with Plaintiff's consent, in the above-referenced case.

Undersigned counsel respectfully requests that this Court grant Plaintiff thirty days in which to obtain substitute counsel.

Dated: April 3, 2009

Respectfully submitted,

/s/ Pedro Martinez-Fraga
 Pedro J. Martinez-Fraga
 Florida Bar No. 752282
 pmartinezfraga@ssd.com
 Tania Cruz
 Florida Bar No. 0899151
 tcruz@ssd.com
 Squire Sanders & Dempsey, L.L.P
 200 S. Biscayne Boulevard
 Suite 4000
 Miami, Florida 33131
 Telephone: (305) 577-7011
 Facsimile:  (305) 577-7001

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties identified below via U.S. Mail.

Consejo De Defensa Del Estado
Attention: Alfredo Larreta
Agustinas
1687
Santiago, Chile

PNC Financial Services Group, Inc.
1 PNC Plaza
249 5th Avenue
Pittsburg, PA  15222-2707

/s/ Pedro Martinez-Fraga

MIAMI/4238266.1
04/03/09